COA # 08-12-00253-CR    OFFENSE: 19.03

STYLE: Alfredo Holguin v. The State of Texas    COUNTY: El Paso

COA DISPOSITION: Affirm    TRIAL COURT: 243rd District Court

DATE: 09/12/2014    Publish: No    TC CASE #: 20120D01334

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Alfredo Holguin v. The State of Texas

CCA #: _____

PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 02/11/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

Vol. 1 of 1